UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

RODNEY A. BOVAIN,

                        Plaintiff,

-against-

WOODBURY AUTOMOTIVE WAREHOUSE
ENTERPRISES, LLC and BRIAN SCARANTINO,

                       Defendants.
----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Docket No.
06405-07 (JCF)

      **PLEASE TAKE NOTICE** that ADAM I. KLEINBERG, an associate with the firm of MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP, attorneys for defendants, hereby files this notice solely for the purpose of receiving ECF alerts via email, reserving for defendants the right to contest jurisdiction or service.

Dated: Mineola, New York
       July 18, 2007

                                  MIRANDA SOKOLOFF SAMBURSKY
                                  SLONE VERVENIOTIS LLP
                                  Attorneys for Defendants
                                  WOODBURY AUTOMOTIVE WAREHOUSE
                                  ENTERPRISES, LLC and BRIAN SCARANTINO

                                  _____
                                  ADAM I. KLEINBERG (AIK-0468)
                                  The Esposito Building
                                  240 Mineola Boulevard
                                  Mineola, New York 11501
                                  (516) 741-7676
                                  Our File No. 06-498

TO:   John S. Park, Esq.
        PARK & NGUYEN
        1809 Paulding Avenue, 2d Floor
        Bronx, NY 10462
        (718) 892-9500