

# MIRANDA SOKOLOFF SAMBURSKY SLONE VERVENIOTIS LLP

MICHAEL A. MIRANDA*
BRIAN S. SOKOLOFF
STEVEN VERVENIOTIS
ONDINE SLONE
NEIL L. SAMBURSKY*
RICHARD S. SKLARIN°
STEVEN C. STERN

JOHN J. O'DONNELL
MARK R. OSHEROW*◊□
COUNSEL

WRITER'S E-MAIL:
akleinberg@msssv.com

THE ESPOSITO BUILDING
240 MINEOLA BOULEVARD
MINEOLA, NY 11501
TEL   (516) 741-7676
FAX   (516) 741-9060

WWW.MSSSV.COM

BRANCH OFFICES:
WESTCHESTER, NY
NEW YORK, NY
FANWOOD, NJ

ADAM I. KLEINBERG
JENNIFER E. SHERVEN
GABRIELLA CAMPIGLIA
TODD D. KREMIN
TODD HELLMAN
CHARLES A. MARTIN
KIERA J. MEEHAN
DAMIAN F. FISCHER△
MARIA THOMAS
NANCY R. SCHEMBRI°
MICHAEL V. LONGO
PETER M. TUCCIARONE*◊
CHRISTOPHER MILLER
JACQUELINE RAPPEL

* ALSO ADMITTED IN NEW JERSEY
◊ ALSO ADMITTED IN CONNECTICUT
□ ALSO ADMITTED IN FLORIDA
"RESIDENT IN WESTCHESTER
△ AWAITING ADMISSION

July 24, 2007

John S. Park, Esq.
PARK & NGUYEN
1809 Paulding Avenue
Bronx, NY 10462

      Re: Rodney Bovain v. Woodbury Automotive Warehouse
        Enterprises, et al.
        Docket No. 07 Civ. 6405 (LTS)(JCF)
        Our File No.: 06-498

Dear Mr. Park:

  Enclosed please find an Initial Conference Order with respect to the above-referenced matter. As you will see, there is a conference scheduled for October 12, 2007. Kindly mark your calendar accordingly.

  In accordance with ¶ 3 of the Order, please be advised that:

a) Both defendants consent to the removal of the action to federal court.
b) The removal was timely.
c) Defendant Woodbury is a New York limited liability company and defendant Scarantino is a New York resident.
d) As per plaintiff's complaint, plaintiff is a resident of the State of Georgia.

  Please do not hesitate to contact me should you have any questions or concerns.

           Very truly yours,

           MIRANDA SOKOLOFF SAMBURSKY
           SLONE VERVENIOTIS LLP

           Adam I. Kleinberg

Enc.