UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
RODNEY A. BOVAIN,

    Plaintiff,

-against-

WOODBURY AUTOMOTIVE WAREHOUSE
ENTERPRISES, LLC and BRIAN SCARANTINO,

    Defendants.
----------------------------------------------------------x

Docket No.: 06405-07
    (LTS) (JCF)

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 11 2007

  IT IS HEREBY STIPULATED, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice as against all of the defendants, without costs to any party as against another.

  IT IS FURTHER AGREED that a facsimile copy of this Stipulation shall have the same force and effect as an original and may be filed with the Clerk of the Court.

DATED: Mineola, New York
   October 5, 2007

PARK & NGUYEN
Attorneys for Plaintiff
1809 Paulding Avenue, 2d Floor
Bronx, NY 10462
(718) 892-9500

By: _____
  John S. Park (JP-2607)

MIRANDA SOKOLOFF SAMBURSKY
SLONE VERVENIOTIS LLP
Attorneys for Defendants
240 Mineola Boulevard
Mineola, New York 11501
(516) 741-7676
Our File No.: 06-498

By: _____
  Adam I. Kleinberg (AIK-0468)

SO-ORDERED:

_____ 10/11/07
U.S.D.J.

1